IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02975-PAB-KLM

NORMAN L. PERNICK, as Chapter 11 Trustee of the Bankruptcy Estate of Industrial Enterprises of America, Inc., on behalf of itself, the estate and as assignee of its shareholders,

    Plaintiff,

v.

COMPUTERSHARE TRUST COMPANY, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate and Reset the Final Pretrial Conference** [#65][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#65] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 16, 2015 at 10:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that within **twenty-one days** of entry of an order regarding Defendant Computershare Trust Company, N.A.'s Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [#56], the parties shall file a proposed Amended Scheduling Order, if appropriate.

    Dated: June 8, 2015

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.