**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02975-PAB-KLM

NORMAN L. PERNICK as Chapter 11 Trustee of the Bankruptcy Estate of Industrial Enterprises of America, Inc., on behalf of itself, the estate and as assignee of its shareholders,

    Plaintiff,

v.

COMPUTERSHARE TRUST COMPANY, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 72] of United States District Judge Philip A. Brimmer entered on September 29, 2015, it is

**ORDERED** that Computershare's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. 56] is **GRANTED**.  It is further

**ORDERED** that judgment is hereby entered in favor of defendant COMPUTERSHARE TRUST COMPANY, INC. and against plaintiff NORMAN L. PERNICK as Chapter 11 Trustee of the Bankruptcy Estate of Industrial Enterprises of America, Inc., on behalf of itself, the estate, and as assignee of its shareholders.  It is further

**ORDERED** that defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of September, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk